UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN DEON TURNER,

    Plaintiff,

    v.

L.A. COUNTY GOVERNMENT, et al.,

    Defendants.

Case No. 15-cv-02697-JST (PR)

**ORDER OF TRANSFER**

Plaintiff, an inmate at the Men's Central Jail in Los Angeles, California, has filed a pro se civil rights complaint under 42 U.S.C. § 1983 against several Los Angeles County Jail deputies. Los Angeles County is within the venue of the Central District of California, and most of the witnesses apparently would be found in the Central District of California as that is the location of the acts or omissions complained of by plaintiff. No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore would be proper in the Central District of California, and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk shall transfer this matter.

**IT IS SO ORDERED.**

Dated: June 19, 2015

                              JON S. TIGAR
                              United States District Judge